**Order entered October 29, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01306-CV

### SEVEN HILLS COMMERCIAL, LLC, Appellant

### V.

### MIRABEL CUSTOM HOMES, INC., ET AL., Appellees

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-1206312D**

## ORDER

We **GRANT** appellant's October 22, 2013 motion for an extension of time to file a brief.

Appellant shall file its brief on or before October 30, 2013.

/s/ ADA BROWN
JUSTICE